# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0230

_____

MAURICE L. BROWN,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Wakulla County.
J. Layne Smith, Judge.

April 18, 2024

PER CURIAM.

    AFFIRMED.

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Maurice L. Brown, pro se, Appellant.

Dan Johnson, General Counsel, Department of Corrections, Tallahassee; Ashley Moody, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.